THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. JOHN M.

LARSEN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.